**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7015

WILLIAM HENRY ROACH,

                                        Plaintiff - Appellant,

        versus

ROBERT E. MAXEY, in his individual and
official capacity; CHRISTOPHER WEBB; MR. COOK;
NURSE MOON,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.   (CA-02-831-7)

Submitted:  October 29, 2004        Decided:  November 24, 2004

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Henry Roach, Appellant Pro Se.   Carlene Booth Johnson,
PERRY & WINDELS, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Henry Roach appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Roach v. Maxey</u>, No. CA-02-831-7 (W.D. Va. filed June 1, 2004; entered June 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>